# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 JAN 12 PM 1:08
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RAYMOND C'HAIR, JR,<br><br>Defendant. | No. 22-cr-14-J<br><br>18 U.S.C. §§ 113(a)(8) and 1153<br>(Assault by Strangulation) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about October 20, 2021, in the District of Wyoming and within Indian Country, the Defendant, **RAYMOND C'HAIR, JR.**, an Indian, did knowingly assault ____, his intimate and dating partner, by strangling and attempting to strangle her.

In violation of 18 U.S.C. §§ 113(a)(8) and 1153.

A TRUE BILL:

*/s/ Ink Signature on File in Clerk's Office*
FOREPERSON

_____
L. ROBERT MURRAY
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | RAYMOND C'HAIR, JR |
| **DATE:** | January 11, 2022 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |

**OFFENSE/PENALTIES:**

Ct: 1  18 U.S.C. §§ 113(a)(8) and 1153
(Assault by Strangulation)

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**TOTALS:**

0-10 Years Imprisonment
Up To $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

| | |
|---|---|
| **AGENT:** | Scott Jensen, FBI |
| **AUSA:** | Kerry J. Jacobson, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes. The Court should not grant bond as the Defendant is not bondable. |